FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR08-48 |
| Maney DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday, 3/10/08__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Marc Goldman__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/6/08__            _____
                              U.S. District Judge/Magistrate Judge